1  BENJAMIN B. WAGNER
   UNITED STATES ATTORNEY
2

3  SAMUEL C. SMALL
   SPECIAL ASSISTANT UNITED STATES ATTORNEY
4  Office of the Staff Judge Advocate
   AFFTC/JA
5  1 South Rosamond Blvd.
   Edwards AFB, California 93524
6  Phone: (661) 277-4316 / Fax: (661) 277-2887

7 _____

8

9                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,              )  Case No.  5:12-mj-00001 JLT
11                                        )
        *Plaintiff,*                      )  Government's Motion to Dismiss
12                                        )
                                          )
13      v.                                )
                                          )  Date:
14   **CHARLES A SIMONS III.,**           )  Time:
                                          )  Place:  Edwards Air Force Base
15      *Defendant.*                      )  Judge: Hon. Jennifer L. Thurston
                                          )
16   _____  )

17  The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal

18  Procedure, hereby moves this honorable Court to dismiss with prejudice, the

19  Case Number 5:12-mj-00001 JLT against Charles A. Simons III., in the interest of justice.

20                                        Respectfully Submitted

21

22                                        BENJAMIN B. WAGNER
                                          United States Attorney
23  DATED:  5 January 2012

24                                By      //signed//scs 5-Jan-12//

25                                        SAMUEL C. SMALL
26                                        Special Assistant United States Attorney

27

28

                                          1

## O R D E R

1

2    **IT IS SO ORDERED.**  That the case against Charles A. Simons III., Case Number:

3    5:12-mj-00001 JLT be dismissed, with prejudice, in the interest of justice.

4         DATED: January **5** 2012

5                                                    _JENNIFER L. THURSTON_

6                                                    U.S. Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2